**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-01683-LTB-MEH

TONYA BORWICK,

      Plaintiff,

v.

T-MOBILE WEST CORPORATION,

      Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant's Motion for Leave to File Supplemental Affidavit (Doc 32 - filed September 7, 2012) is **GRANTED**.

Dated:   September 10, 2012