IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01683-LTB-MEH

TONYA BORWICK,

    Plaintiff,

v.

T-MOBILE WEST CORPORATION, d/b/a T-Mobile,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 29, 2012.**

    Plaintiff's Unopposed Motion to Amend Plaintiff's Exhibit List [filed October 25, 2012; docket #45] is **granted**, and the proposed Amended Exhibit List [docket #45-2] is accepted as filed.