IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 11-cv-01683-LTB-MEH

TONYA BORWICK,

    Plaintiff,

v.

T-MOBILE WEST CORPORATION, a Washington corporation doing business as T-Mobile,

    Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Lewis T. Babcock on January 22, 2013, and incorporated herein by reference as if fully set forth, it is

ORDERED that T-Mobile's Motion for and Memorandum in Support of Summary Judgment [ECF NO. 23] is GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, T-Mobile West Corporation, and against Plaintiff, Tonya Borwick.  It is

FURTHER ORDERED that plaintiff's Complaint and this civil action are DISMISSED WITH PREJUDICE.  It is

FURTHER ORDERED that Defendant, T-Mobile West Corporation, shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment.

DATED at Denver, Colorado this  28th  day of January, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk